**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                                    4:94CR00051-002  SWW

NOLAN MCCOY

## ORDER

Counsel was notified of a conflict with the hearing previously scheduled March 15, 2013 and the parties agreed upon a date to reschedule.

IT IS THEREFORE ORDERED that the hearing is rescheduled for ***MONDAY, MARCH 18, 2013 AT 1:00 P.M. IN COURTROOM #389.***

DATED this 4th day of March 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE